JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
U.S. BANK, N.A.

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA BROOKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C12-4935<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil Local Rule 3-16] |

Pursuant to United States District Court, Northern District of California, Civil Local Rule 3-16, the undersigned, counsel of record for Defendant U.S. Bank, N.A., certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) U.S. Bank, N.A., Defendant, financial interest;

(2) U.S. Bancorp, financial interest;

(3) U.S. Bancorp Investments, Inc., financial interest; and,

(4) U.S. Bank, financial interest.

Dated: September 21, 2012

WINSTON & STRAWN LLP

By: *Joan Fife* /jmw
Joan B. Tucker Fife
Emilie C. Woodhead
Attorneys for Defendant
U.S. BANK, N.A.