Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF
SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff
Cynthia Brooks

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA BROOKS, on Behalf of Herself and All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK, N.A.; and DOES 1-10,<br><br>　　Defendants. | CASE NO.: C12-4935 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　WHEREAS, on October 9, 2012, this Court issued a Case Management Conference Order in Reassigned Cases;

　　　WHEREAS, that Order set the initial Case Management Conference in this case for January 3, 2013;

　　　WHEREAS, one of the co-lead trial counsel for Plaintiff, Eve Cervantez, will be out of town that entire week for a pre-planned family vacation over the school holidays;

1

WHEREAS, the parties have agreed to move the initial Case Management Conference to the next available date to accommodate Ms. Cervantez's schedule;

THEREFORE, the parties agree and stipulate, and request that the Court so order:

1. That the initial Case Management Conference in this case, currently set for January 3, 2013, be re-scheduled for 9:00 a.m. on January 17, 2013 or at such later date as is convenient for the Court.

Dated: October 12, 2012

By: _____/s/ Eve H. Cervantez_____
        Eve H. Cervantez

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF
SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff Cynthia Brooks

Dated: October 12, 2012

By: _____/s/ Joan B. Tucker Fife_____
        Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel. (415) 591-1000
Fax (415) 591-1400
Email: jfife@winston.com

Emilie C. Woodhead (SBN 240464)
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angels, CA 90071-1543
Tel. (213) 615-1700
Fax (213) 615-1750
Email: ewoodhead@winston.com

Attorneys for Defendant U.S. Bank, N.A.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 15, 2012

_____
EDWARD M. CHEN
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE