1   Eve H. Cervantez (SBN 164709)
    ALTSHULER BERZON LLP
2   177 Post Street, Suite 300
    San Francisco, CA 94108
3   Tel. (415) 421-7151
    Fax (415) 362-8064
4   Email: ecervantez@altber.com

5   Harvey Sohnen (SBN 62850)
    Patricia Kelly (SBN 99837)
6   LAW OFFICES OF
    SOHNEN & KELLY
7   2 Theatre Square, Suite 230
    Orinda, CA 94563
8   Tel. (925) 258-9300
    Fax (925) 258-9315
9   Email: netlaw@pacbell.net

10  Attorneys for Plaintiff
    Cynthia Brooks

11

12                  **UNITED STATES DISTRICT COURT FOR THE**

13      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

14

15  CYNTHIA BROOKS, on Behalf of Herself and All      CASE NO.:  C12-4935 EMC
    Others Similarly Situated,
16                                                     **STIPULATION AND [PROPOSED]**
            Plaintiff,                                 **ORDER RESCHEDULING INITIAL**
17                                                     **CASE MANAGEMENT CONFERENCE**
     vs.
18
    U.S. BANK, N.A.; and DOES 1-10,
19
            Defendants.
20

21          WHEREAS, on October 9, 2012, this Court issued a Case Management Conference Order

22  in Reassigned Cases;

23          WHEREAS, that Order set the initial Case Management Conference in this case for January

24  3, 2013;

25          WHEREAS, one of the co-lead trial counsel for Plaintiff, Eve Cervantez, will be out of

26

27  town that entire week for a pre-planned family vacation over the school holidays;

28
                                            1
    STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

WHEREAS, the parties have agreed to move the initial Case Management Conference to the next available date to accommodate Ms. Cervantez's schedule;

THEREFORE, the parties agree and stipulate, and request that the Court so order:

1.   That the initial Case Management Conference in this case, currently set for January 3, 2013, be re-scheduled for 9:00 a.m. on January 17, 2013 or at such later date as is convenient for the Court.

Dated: October 12, 2012

By: _____/s/ Eve H. Cervantez_____
          Eve H. Cervantez

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF
SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff Cynthia Brooks

Dated: October 12, 2012

By: _____/s/ Joan B. Tucker Fife_____
          Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel. (415) 591-1000
Fax (415) 591-1400
Email: jfife@winston.com

Emilie C. Woodhead (SBN 240464)
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angels, CA 90071-1543
Tel. (213) 615-1700
Fax (213) 615-1750
Email: ewoodhead@winston.com

Attorneys for Defendant U.S. Bank, N.A.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 15, 2012

_____
EDWARD M. CHEN
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE