JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   415-591-1000
Facsimile:    415-591-1400

EMILIE WOODHEAD (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendant
U.S. BANK, N.A.

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA BROOKS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK, N.A. and DOES 1 through 10 inclusive, <br><br> Defendants. | **Case No.  C12-4935 EMC** <br><br> [Assigned for all purposes to the Honorable Edward M. Chen] <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROP̶O̶S̶ED] ORDER** <br><br> Complaint Filed August 21, 2012 |

Subject to the approval of this Court, the parties hereby stipulate to a short extension of the deadline for the parties' Fed. R. Civ. Proc. 26(f) report pursuant to Fed. R. Civ. Proc. 6 and Local Rule 6-2.

The parties' joint 26(f) report is currently due January 10, 2013 pursuant to Fed. R. Civ. Proc. 26. Defendant U.S. Bank, N.A. ("U.S. Bank") requests a 5 calendar-day extension, moving the parties' deadline to file their joint Rule 26(f) report to January 15, 2013. U.S. Bank requests this

extension because it is in the process of gathering additional information pertinent to this case and U.S. Bank's outside legal counsel anticipates a meeting with U.S. Bank representatives on January 14, 2013 regarding issues that impact the parties' joint statement. The parties will be able to file a much more complete and informed joint statement once U.S. Bank has gathered additional information and met with appropriate personnel.

Plaintiff Cynthia Brooks does not object to U.S. Bank's request. Therefore, pursuant to Local Rule 6-2, and because there is good cause for the modest extension of the deadline for the parties' Rule 26(f) report, the parties respectfully request the Court's approval. SO STIPULATED:

Dated: January 9, 2013  LAW OFFICES OF SOHNEN & KELLY

By: /s/ Harvey Sohnen
    Attorneys for Plaintiff
    Cynthia Brooks

Dated: January 9, 2013  WINSTON & STRAWN LLP

By: /s/ Emilie C. Woodhead
    Attorneys for Defendant
    U.S. BANK N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/11/13

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



1

STIPULATED REQUEST FOR ORDER CHANGING TIME – CASE NO. C12-04935 EMC