1  JOAN B. TUCKER FIFE (SBN: 144572)
   jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA  94111
   Telephone:     415-591-1000
4  Facsimile:     415-591-1400

5  EMILIE WOODHEAD (SBN: 240464)
   ewoodhead@winston.com
6  WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
7  Los Angeles, CA 90071-1543
   Telephone:     (213) 615-1700
8  Facsimile:     (213) 615-1750

9  Attorneys for Defendant
   U.S. BANK, N.A.

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA BROOKS, an individual, | **Case No.  C12-4935 EMC** |
| Plaintiff, | [Assigned for all purposes to the Honorable Edward M. Chen] |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| U.S. BANK, N.A. and DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed August 21, 2012 |

Subject to the approval of this Court, the parties hereby stipulate to a short extension of the deadline for the parties' Fed. R. Civ. Proc. 26(f) report pursuant to Fed. R. Civ. Proc. 6 and Local Rule 6-2.

The parties' joint 26(f) report is currently due January 10, 2013 pursuant to Fed. R. Civ. Proc. 26.  Defendant U.S. Bank, N.A. ("U.S. Bank") requests a 5 calendar-day extension, moving the parties' deadline to file their joint Rule 26(f) report to January 15, 2013.  U.S. Bank requests this

1 extension because it is in the process of gathering additional information pertinent to this case and
2 U.S. Bank's outside legal counsel anticipates a meeting with U.S. Bank representatives on January
3 14, 2013 regarding issues that impact the parties' joint statement.  The parties will be able to file a
4 much more complete and informed joint statement once U.S. Bank has gathered additional
5 information and met with appropriate personnel.

6       Plaintiff Cynthia Brooks does not object to U.S. Bank's request.  Therefore, pursuant to
7 Local Rule 6-2, and because there is good cause for the modest extension of the deadline for the
8 parties' Rule 26(f) report, the parties respectfully request the Court's approval.  SO STIPULATED:

9 Dated: January 9, 2013            LAW OFFICES OF SOHNEN & KELLY

By: /s/ Harvey Sohnen
    Attorneys for Plaintiff
    Cynthia Brooks

Dated: January 9, 2013            WINSTON & STRAWN LLP

By: /s/ Emilie C. Woodhead
    Attorneys for Defendant
    U.S. BANK N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/11/13

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5802*