Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ixervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA BROOKS, an individual, ) | **Case No. C12-4935 EMC (JSC)** |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION FOR FILING FIRST** |
| v. ) | **AMENDED COMPLAINT; ORDER** |
| ) | |
| U.S. BANK, N.A. and DOES 1 through 10 ) | |
| inclusive ) | Judge:  Edward M. Chen |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff CYNTHIA BROOKS and Defendant U.S. BANK, N.A. hereby stipulate as follows:

WHEREAS Plaintiff CYNTHIA BROOKS seeks an order for leave to file her proposed First Amended Complaint for Damages, Penalties and Injunctive Relief (First Amended Complaint) attached as Exhibit A hereto;

WHEREAS, Plaintiff Brooks sent a letter to the Labor & Workforce Development Agency ("LWDA") on July 5, 2012 alleging Defendant's violation of California Labor Code Section 1198 and Industrial Welfare Commission Wage Order 4-2001;

1  WHEREAS, Plaintiff Brooks filed her original Complaint on August 21, 2012;

2  WHEREAS, Plaintiff Brooks and proposed additional Plaintiff, Jacob Swoyer, sent another letter to the LWDA on June 20, 2013, alleging Defendant's violation of California Labor Code Section 1198 and Industrial Welfare Commission Wage Order 4-2001 section 14(A) and (B), California Labor Code section 226.7(a), and Industrial Welfare Commission Wage Order 4-2001 section 12(A);

WHEREAS, Plaintiff Brooks and proposed additional Plaintiff Swoyer submitted to Defendant a proposed First Amended Complaint on July 1, 2013 and requested that Defendant stipulate to the filing of the proposed First Amended Complaint;

WHEREAS, Defendant entering into this stipulation is not to be deemed a concession that the proposed First Amended Complaint is meritorious; indeed, Defendant does not waive any argument concerning the sufficiency of the pleading and/or any defenses to the claims or parties therein, including, but not limited to, the applicable statute of limitations on the claims in the proposed First Amended Complaint, failure of the newly-added claims to relate back to the date of filing of the original Complaint, and any circumstances rendering proposed additional Plaintiff Swoyer an improper plaintiff.

Accordingly, IT IS HEREBY STIPULATED by and between the parties that Plaintiff shall have leave to file the proposed First Amended Complaint; and that Defendant shall file a responsive pleading within 30 days after the filing of the First Amended Complaint.

///
///
///
///
///
///
///
///
///

Dated: July 30, 2013

By: _____/s/_____
     Harvey Sohnen

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Attorneys for Plaintiff

Dated: July 30, 2013

By: _____/s/_____
     Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel. (415) 591-1000
Fax (415) 591-1400
Email: jfife@winston.com

Emilie C. Woodhead (SBN 240464)
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Tel. (213) 615-1700
Fax (213) 615-1750
Email: ewoodhead@winston.com

Attorneys for Defendant U.S. Bank, N.A

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____ 7/31, 2013



4

STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER – CASE NO. C12-4935 EMC