1 [Counsel listed on next page]

2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| CYNTHIA BROOKS, and JACOB SWOYER on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANK, N.A.,<br><br>    Defendant. | **Case No. C12-4935 EMC (JSC)**<br>[Assigned for all purposes to the Honorable Edward M. Chen]<br><br>**STIPULATION REGARDING STAY; ORDER**<br><br><br>Complaint Filed August 21, 2012 |
|---|---|

1  Eve H. Cervantez (SBN 164709)
   Danielle Leonard (SBN 218201)
2  Laura S. Trice (SBN 284837)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Tel. (415) 421-7151
   Fax (415) 362-8064
5  Email: ixervantez@altber.com

6  Harvey Sohnen (SBN 62850)
   Patricia Kelly (SBN 99837)
7  LAW OFFICES OF SOHNEN & KELLY
   2 Theatre Square, Suite 230
8  Orinda, CA 94563
   Tel. (925) 258-9300
9  Fax (925) 258-9315
   Email: netlaw@pacbell.net
10
   Attorneys for Plaintiff
11
   Joan B. Tucker Fife (SBN: 144572)
12 jfife@winston.com
   Emily C. Schuman (SBN: 271915)
13 eschuman@winston.com
   WINSTON & STRAWN LLP
14 101 California Street, Suite 3900
   San Francisco, CA  94111
15 Telephone:     415-591-1000
   Facsimile:     415-591-1400
16
   Emilie C. Woodhead (SBN: 240464)
17 ewoodhead@winston.com
   WINSTON & STRAWN LLP
18 333 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071-1543
19 Telephone:     (213) 615-1700
   Facsimile:     (213) 615-1750
20
   Attorneys for Defendant
21 U.S. BANK, N.A.

22

23

24

25

26

27

28

Plaintiffs CYNTHIA BROOKS and JACOB SWOYER (collectively "Plaintiffs") and Defendant U.S. BANK, N.A. ("Defendant") (collectively "Parties") hereby stipulate as follows:

**WHEREAS**, Defendant filed a Motion to Dismiss and/or Strike on August 30, 2013 (Dkt. 37);

**WHEREAS**, Plaintiffs filed their opposition to Defendant's Motion to Dismiss and/or Strike on September 13, 2013 (Dkt. 38);

**WHEREAS**, Defendant's reply in support of its Motion to Dismiss and/or Strike on August 30, 2013 is due on September 20, 2013 pursuant to Northern District of California Local Rule 7-3(c);

**WHEREAS**, the hearing on Defendant's Motion to Dismiss and/or Strike is currently set for October 17, 2013 at 1:30 p.m.;

**WHEREAS**, a further Case Management Conference is currently set for October 17, 2013 at 10:30 a.m.;

**WHEREAS**, the Parties have been working towards a resolution of this case with the assistance of Magistrate Judge Corley;

**WHEREAS**, the Parties expect to enter into a written settlement, which they will submit for preliminary approval with the Court;

**NOW, THEREFORE**, the Parties hereby stipulate to and request an Order setting forth the following:

1. The hearing regarding Defendant's Motion to Dismiss and/or Strike and the further Case Management Conference are continued to December 5, 2013 at 1:30 p.m.; and
2. The deadline for Defendant to file its reply in support of its Motion to Dismiss and/or Strike is continued to November 21, 2013;
3. The case is stayed pending settlement; and
4. Discovery is stayed pending settlement.

///
///
///
///

Dated: September 20, 2013

  /s/Danielle Leondard
By: Danielle Leonard

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Eve H. Cervantez (SBN 164709)
Danielle Leonard (SBN 218201)
Laura S. Trice (SBN 284837)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Attorneys for Plaintiff

*Pursuant to N.D. Cal. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

Dated: September 20, 2013

  /s/Joan B. Tucker Fife
By: Joan B. Tucker Fife

Joan B. Tucker Fife (SBN 144572)
jfife@winston.com
Emily C. Schuman (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel. (415) 591-1000
Fax (415) 591-1400

Emilie C. Woodhead (SBN 240464)
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Tel. (213) 615-1700
Fax (213) 615-1750
Email: ewoodhead@winston.com

Attorneys for Defendant U.S. Bank, N.A

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 24, 2013



IT IS SO ORDERED

Judge Edward M. Chen