1 [Counsel listed on next page]

2
3
4
5
6
7
8
9
10
11
12 **UNITED STATES DISTRICT COURT FOR THE**

13 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

14 CYNTHIA BROOKS, and JACOB SWOYER ) **Case No. C12-4935 EMC (JSC)**
on Behalf of Themselves and All Others ) [Assigned for all purposes to the Honorable
15 Similarly Situated, ) Edward M. Chen]
 )
16           Plaintiffs, )
 ) **STIPULATION REGARDING STAY;**
17    v. ) **ORDER**
 )
18 U.S. BANK, N.A., )
 )
19 )
           Defendant. )
20 ) Complaint Filed August 21, 2012

21
22
23
24
25
26
27
28

1
STIPULATION REGARDING STAY – CASE NO. C12-4935 EMC (JSC)
**Error! Unknown document property name.**

1 | Eve H. Cervantez (SBN 164709)
Danielle Leonard (SBN 218201)
2 | Laura S. Trice (SBN 284837)
ALTSHULER BERZON LLP
3 | 177 Post Street, Suite 300
San Francisco, CA 94108
4 | Tel. (415) 421-7151
Fax (415) 362-8064
5 | Email: ixervantez@altber.com

6 | Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
7 | LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
8 | Orinda, CA 94563
Tel. (925) 258-9300
9 | Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Emily C. Schuman (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111
Telephone:     415-591-1000
Facsimile:      415-591-1400

Emilie C. Woodhead (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:     (213) 615-1700
Facsimile:      (213) 615-1750

Attorneys for Defendant
U.S. BANK, N.A.

1 | Plaintiffs CYNTHIA BROOKS and JACOB SWOYER (collectively "Plaintiffs") and
2 | Defendant U.S. BANK, N.A. ("Defendant") (collectively "Parties") hereby stipulate as follows:
3 | **WHEREAS**, Defendant filed a Motion to Dismiss and/or Strike on August 30, 2013 (Dkt.
4 | 37);
5 | **WHEREAS**, Plaintiffs filed their opposition to Defendant's Motion to Dismiss and/or Strike
6 | on September 13, 2013 (Dkt. 38);
7 | **WHEREAS**, Defendant's reply in support of its Motion to Dismiss and/or Strike on August
8 | 30, 2013 is due on September 20, 2013 pursuant to Northern District of California Local Rule 7-3(c);
9 | **WHEREAS**, the hearing on Defendant's Motion to Dismiss and/or Strike is currently set for
10 | October 17, 2013 at 1:30 p.m.;
11 | **WHEREAS**, a further Case Management Conference is currently set for October 17, 2013 at
12 | 10:30 a.m.;
13 | **WHEREAS**, the Parties have been working towards a resolution of this case with the
14 | assistance of Magistrate Judge Corley;
15 | **WHEREAS**, the Parties expect to enter into a written settlement, which they will submit for
16 | preliminary approval with the Court;
17 | **NOW, THEREFORE**, the Parties hereby stipulate to and request an Order setting forth the
18 | following:
19 |     1. The hearing regarding Defendant's Motion to Dismiss and/or Strike and the further Case
20 |        Management Conference are continued to December 5, 2013 at 1:30 p.m.; and
21 |     2. The deadline for Defendant to file its reply in support of its Motion to Dismiss and/or
22 |        Strike is continued to November 21, 2013;
23 |     3. The case is stayed pending settlement; and
24 |     4. Discovery is stayed pending settlement.
25 | ///
26 | ///
27 | ///
28 | ///

| | |
|---|---|
| Dated: September 20, 2013 | Dated: September 20, 2013 |
| _____/s/Danielle Leondard_____<br>By:    Danielle Leonard | _____/s/Joan B. Tucker Fife_____<br>By:    Joan B. Tucker Fife |

| | |
|---|---|
| Harvey Sohnen (SBN 62850)<br>Patricia Kelly (SBN 99837)<br>LAW OFFICES OF SOHNEN & KELLY<br>2 Theatre Square, Suite 230<br>Orinda, CA 94563<br>Tel. (925) 258-9300<br>Fax (925) 258-9315<br>Email: netlaw@pacbell.net<br><br>Eve H. Cervantez (SBN 164709)<br>Danielle Leonard (SBN 218201)<br>Laura S. Trice (SBN 284837)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel. (415) 421-7151<br>Fax (415) 362-8064<br>Email: ecervantez@altber.com<br><br>Attorneys for Plaintiff<br><br>*Pursuant to N.D. Cal. L.R. 5-1(i)(3), the filer attests that concurrence*<br>*in the filing of this document has been obtained from the above signatory.* | Joan B. Tucker Fife (SBN 144572)<br>jfife@winston.com<br>Emily C. Schuman (SBN: 271915)<br>eschuman@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Tel. (415) 591-1000<br>Fax (415) 591-1400<br><br>Emilie C. Woodhead (SBN 240464)<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, Suite 3800<br>Los Angeles, CA 90071-1543<br>Tel. (213) 615-1700<br>Fax (213) 615-1750<br>Email: ewoodhead@winston.com<br><br>Attorneys for Defendant U.S. Bank, N.A |

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  September 24, 2013



5