1  [Counsel listed on next page]

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

14  CYNTHIA BROOKS, and JACOB SWOYER     )   **Case No. C12-4935 EMC (JSC)**
    on Behalf of Themselves and All Others     )   [Assigned for all purposes to the Honorable
15  Similarly Situated,                         )   Edward M. Chen]
                                                )
16           Plaintiffs,                        )
                                                )
17      v.                                      )   **REVISED STIPULATION REGARDING**
                                                )   **HEARING AND CASE MANAGEMENT**
                                                )   **CONFERENCE DATE; [PROPOSED]**
18  U.S. BANK, N.A.,                            )   **ORDER**
                                                )
19                                              )
             Defendant.                         )
20  _____    )   Complaint Filed August 21, 2012

21

22

23

24

25

26

27

28

1

---

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiff

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Emily C. Schuman (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111
Telephone:      415-591-1000
Facsimile:      415-591-1400

Emilie C. Woodhead (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:      (213) 615-1700
Facsimile:      (213) 615-1750

Attorneys for Defendant
U.S. BANK, N.A.

2

REVISED STIPULATION REGARDING HEARING AND CASE MANAGEMENT CONFERENCE DATE
CASE NO. C12-4935 EMC (JSC)

SF:365195.1

1      Plaintiffs CYNTHIA BROOKS and JACOB SWOYER (collectively "Plaintiffs") and

2  Defendant U.S. BANK, N.A. ("Defendant") (collectively "Parties") hereby stipulate as follows:

3      **WHEREAS,** on September 23, 2013, the Parties informed the Court that they expected to

4  enter into a written settlement agreement and would submit a motion for preliminary approval of that

5  settlement, and therefore requested that certain case deadlines be continued and/or stayed (Dkt. 40);

6      **WHEREAS,** on September 24, 2013, the Court approved the Parties' joint stipulation re-

7  setting Defendant's deadline to file its reply in support of its Motion to Dismiss and/or Strike to

8  November 21, 2013, with a hearing and case management conference set for December 5, 2013

9  (Dkt. 41);

10      **WHEREAS,** on November 15, 2013, the Court *sua sponte* re-set the hearing on Defendant's

11  Motion to Dismiss and/or Strike and the Parties' case management conference to December 10, 2013

12  at 1:30 p.m. (Dkt. 42);

13      **WHEREAS,** Defendant's counsel is unavailable on that date and the Parties met and

14  conferred regarding availability on other dates and times;

15      **WHEREAS,** the Parties submitted a stipulation to the Court on November 20, 2013

16  requesting an order to re-set the case management conference, Motion to Dismiss and/or Strike reply

17  and hearing deadlines, and to schedule the preliminary approval hearing to specific dates (Dkt. 43);

18      **WHEREAS,** the Court's clerk emailed the Parties on November 22, 2013, notifying the

19  Parties that the Court is not available on the dates proposed by the Parties' stipulation (Dkt. 43),

20  requesting the Parties to meet and confer and submit a revised stipulation to the Court, and advising

21  that the Court is available on January 23, 2014 and February 6, 2014 for the preliminary approval

22  hearing if Plaintiffs file a motion for preliminary approval on December 12, 2013;

23      **WHEREAS,** the Parties met and conferred and determined that both Parties are available for

24  both a case management conference and preliminary approval hearing on February 6, 2014;

25      **NOW, THEREFORE,** the Parties hereby stipulate to and request an Order setting forth the

26  following:

27

28

REVISED STIPULATION REGARDING HEARING AND CASE MANAGEMENT CONFERENCE DATE
CASE NO. C12-4935 EMC (JSC)

SF:365195.1

1.  The Parties' case management conference is re-scheduled to February 6, 2014 at 1:30 p.m.;

2.  Plaintiffs will file a Motion for Preliminary Approval of the proposed settlement no later than December 12, 2013;

3.  Defendant will not oppose Preliminary Approval of the proposed settlement;

4.  The Court will hear Plaintiffs' Motion for Preliminary Approval of the proposed settlement on February 6, 2013 at 1:30 p.m.;

5.  The deadline for Defendant to file its reply brief in support of its Motion to Dismiss and/or Strike is postponed until February 27, 2014, with the understanding that this deadline shall be indefinitely continued if the Court grants Plaintiffs' Motion for Preliminary Approval; and

6.  The hearing on Defendant's Motion to Dismiss and/or Strike is re-scheduled to March 6, 2014 at 1:30 p.m. or another day and time agreeable to the Court, with the understanding that this hearing shall be indefinitely continued if the Court grants Plaintiffs' Motion for Preliminary Approval.

///
///
///
///
///
///
///
///
///
///
///
///

4

1    Dated:  November 22, 2013                    Dated:  November 22, 2013

2    By: /s/ Eve H. Cervantez                     By: /s/ Joan B. Tucker Fife
         Eve H. Cervantez                              Joan B. Tucker Fife
3
4    *Pursuant to N.D. Cal. L.R. 5-1(i)(3), the filer*
     *attests that concurrence in the filing of this*
5    *document has been obtained from the above*
     *signatory.*
6
     Harvey Sohnen (SBN 62850)                    Joan B. Tucker Fife (SBN 144572)
7    Patricia Kelly (SBN 99837)                   jfife@winston.com
     LAW OFFICES OF SOHNEN & KELLY                Emily C. Schuman (SBN: 271915)
8    2 Theatre Square, Suite 230                  eschuman@winston.com
     Orinda, CA 94563                             WINSTON & STRAWN LLP
9    Tel. (925) 258-9300                          101 California Street, Suite 3900
     Fax (925) 258-9315                           San Francisco, CA 94111
10   Email: netlaw@pacbell.net                    Tel. (415) 591-1000
                                                  Fax (415) 591-1400
11   Eve H. Cervantez (SBN 164709)
     Danielle Leonard (SBN 218201)                Emilie C. Woodhead (SBN 240464)
12   Laura S. Trice (SBN 284837)                  WINSTON & STRAWN LLP
     ALTSHULER BERZON LLP                         333 South Grand Avenue, Suite 3800
13   177 Post Street, Suite 300                   Los Angeles, CA 90071-1543
     San Francisco, CA 94108                      Tel. (213) 615-1700
14   Tel. (415) 421-7151                          Fax (213) 615-1750
     Fax (415) 362-8064                           Email: ewoodhead@winston.com
15   Email: ecervantez@altber.com
                                                  Attorneys for Defendant U.S. Bank, N.A
16   Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIPULATION REGARDING HEARING AND CASE MANAGEMENT CONFERENCE DATE
CASE NO. C12-4935 EMC (JSC)

SF:365195.1

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO
ORDERED.

Dated:  November____, 2013
                    26



GRANTED

Judge Edward M. Chen

_____
EN
ct Judge

SF:365195.1