1 | [Counsel listed on next page]
2
3
4
5
6
7
8
9
10
11
12 | **UNITED STATES DISTRICT COURT FOR THE**
13 | **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA BROOKS, and JACOB SWOYER on Behalf of Themselves and All Others Similarly Situated, | **Case No. C12-4935 EMC (JSC)** [Assigned for all purposes to the Honorable Edward M. Chen] |
| Plaintiffs, | |
| v. | **STIPULATION REGARDING FILING OF PRELIMINARY APPROVAL MOTION; [PROPOSED] ORDER** |
| U.S. BANK, N.A., | |
| Defendant. | Complaint Filed August 21, 2012 |

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Attorneys for Plaintiffs

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Emily C. Schuman (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111
Telephone:     415-591-1000
Facsimile:     415-591-1400

Emilie C. Woodhead (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:     (213) 615-1700
Facsimile:     (213) 615-1750

Attorneys for Defendant
U.S. BANK, N.A.

Plaintiffs CYNTHIA BROOKS and JACOB SWOYER (collectively "Plaintiffs") and Defendant U.S. BANK, N.A. ("Defendant") (collectively "Parties") hereby stipulate as follows:

**WHEREAS,** on September 23, 2013, the Parties informed the Court that they expected to enter into a written settlement agreement and would submit a motion for preliminary approval of that settlement, and therefore requested that certain case deadlines be continued and/or stayed (Dkt. 40);

**WHEREAS,** the Parties continue to work toward finalizing a written settlement, and believe they are very close to the final form of an agreement, which they will submit for preliminary approval with the Court;

**WHEREAS,** Defendant's counsel has informed Plaintiffs' counsel that a further draft will be exchanged by close of business on December 16, 2013;

**WHEREAS,** the Court has previously set a filing date for the preliminary approval motion of December 12, 2013 and a hearing date of February 6, 2014 at 1:30 p.m.;

**WHEREAS,** the Parties agree that the filing date of December 12, 2013 is not feasible, and jointly request that the filing date be changed to December 19, 2013;

**WHEREAS,** a filing date of December 19, 2013, is still more than 35 days prior to the hearing date of February 6, 2014;

**NOW, THEREFORE,** the Parties hereby stipulate to and request an Order setting forth the following:

1. Plaintiffs will file a Motion for Preliminary Approval of the proposed settlement no later than December 19, 2013; and
2. There will be no change in the scheduled hearing date for Plaintiffs' Motion for Preliminary Approval, set for February 6, 2014.

///
///
///
///
///
///

| | |
|---|---|
| Dated:  December 12, 2013 | Dated:  December 12, 2013 |
| __/s/ Harvey Sohnen_____<br>By:     Harvey Sohnen | _____/s/ Joan B. Tucker Fife_____<br>By:     Joan B. Tucker Fife |

*Pursuant to N.D. Cal. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Eve H. Cervantez (SBN 164709)
Danielle Leonard (SBN 218201)
Laura S. Trice (SBN 284837)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Attorneys for Plaintiff

Joan B. Tucker Fife (SBN 144572)
jfife@winston.com
Emily C. Schuman (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel. (415) 591-1000
Fax (415) 591-1400

Emilie C. Woodhead (SBN 240464)
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Tel. (213) 615-1700
Fax (213) 615-1750
Email: ewoodhead@winston.com

Attorneys for Defendant U.S. Bank, N.A

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 16, 2013



_____
EDWARD M. CHEN
United States

GRANTED
Judge Edward M. Chen