UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BROOKS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK N.A., <br><br> Defendant. <br> _____/ | No. C-12-4935 EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING** <br><br> **(Docket No. 48)** |

Currently pending before the Court is the lead plaintiff's unopposed motion for preliminary approval of a class action settlement. Having reviewed the papers submitted, the Court hereby orders that the parties submit supplemental briefing and/or evidence to more thoroughly address the first three *Hanlon* factors – (1) the strength of Plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; and (3) the risk of maintaining class action status throughout the trial – as these factors bear upon the Court's preliminary determination of the substantive fairness of the settlement, in addition to whether the Settlement Agreement falls with the "range of possible approval." Supplemental briefing is to be filed by 8:00 a.m., February 5, 2014.

IT IS SO ORDERED.

Dated: February 3, 2014

_____
EDWARD M. CHEN
United States District Judge