Eve H. Cervantez (SBN 164709)
Laura S. Trice (SBN 284837)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Harvey Sohnen (SBN 62850)
Patricia Kelly (SBN 99837)
LAW OFFICES OF
SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel. (925) 258-9300
Fax (925) 258-9315
Email: netlaw@pacbell.net

Class Counsel

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYNTHIA BROOKS and JACOB SWOYER on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>U.S. BANK, N.A.<br><br>    Defendant. | CASE NO.:  C12-4935 EMC<br><br>**[PROPOSED] ORDER GRANTING FINAL JUDGMENT**<br><br>Date: June 12, 2014<br>Time:  1:30 p.m.<br>Crtm.:     5<br>Judge:    Hon. Edward M. Chen |

This matter was heard by the Court on June 12, 2014, at 1:30 p.m., in Courtroom 5, of United States District Court, Northern District of California, before the Honorable Edward M. Chen, pursuant to the noticed Motions for Final Approval of Class Action Settlement and for Award of Attorney's Fees and Reimbursement of Expenses.

Having considered the documents filed by the Parties in connection with the class action settlement, the oral arguments of counsel, as well as the comments and materials received from parties interested in the Settlement, including the Motion for Final Approval of Class Action Settlement, filed May 7, 2014, Docket Nos. 67-69; the Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement"), a true and correct copy of which was filed on December 19, 2013, Docket Number 50-1; the Motion for Preliminary Approval of Class Action Settlement, Docket Number 48; the Supplemental Briefs in Support of Preliminary Approval of Class Action Settlement, Docket Nos. 57-58; this Court's Order Granting Preliminary Approval of Class Action Settlement filed February 12, 2014, Docket Number 62; the Motion for Attorney's Fees and Reimbursement of Expenses, filed March 18, 2014, Docket No. 64; and the Reply Brief in Support of Final Approval of Class Action Settlement and Award of Attorney's Fees and Reimbursement of Expenses, the Court grants final approval of the Settlement and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1.   The Court hereby enters final judgment in this case in accordance with the terms of the Settlement Agreement, the Order Granting Preliminary Approval, the Order Granting Final Approval of Class Action Settlement; Granting Motion for Attorney's Fees and Reimbursement of Expenses, and this Order Granting Final Judgment, subject to the Court's normal retention of jurisdiction to oversee the settlement.

2.   Neither this Final Judgment nor the Settlement shall constitute an admission by Defendant of any liability or wrongdoing whatsoever, nor is this Final Judgment a finding of the validity or invalidity of any claims in the action or a finding of wrongdoing by Defendant herein.

3. The Court dismisses all claims in this action with prejudice, with each Party bearing its own attorney's fees and costs, except as provided in the Settlement Agreement and the Order Granting Final Approval of Class Action Settlement; Granting Motion for Attorney's Fees and Reimbursement of Expenses.

Dated: June 16, 2014

_____
Hon. Edward M. Chen
Judge, U.S. District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Approved as to form:

WINSTON & STRAWN

Date: May 29, 2014        /s/ *Emilie C. Woodhead*
                          Emilie C. Woodhead

JOAN B. TUCKER FIFE
EMILY C. SCHUMAN
EMILIE C. WOODHEAD
Attorneys for Defendant
US BANK, N.A.